117 A.3d 1196

IN THE MATTER OF WILLIAM S. WINTERS, AN ATTORNEY
AT LAW (ATTORNEY NO. 055331993).

June 25, 2015.

## ORDER

The Director of the Office of Attorney Ethics having transmitted to the Court pursuant to *Rule* 1:20–10(a), the disbarment by consent form of **WILLIAM S. WINTERS** of **EAST BRUNS-WICK,** who was admitted to the bar of this State in 1993;

And **WILLIAM S. WINTERS** having been ordered to show cause why the Court should not reject respondent's consent to disbarment as provided in *Rule* 1:20–10(a)(3);

And the Court having temporarily suspended **WILLIAM S. WINTERS** from the practice of law pursuant to *Rule* 1:20–3(g)(4), effective April 30, 2015;

And good cause appearing;

It is ORDERED that respondent's tendered consent to disbarment is hereby rejected and the disciplinary proceedings shall resume as if no consent had been submitted, as provided in *Rule* 1:20–10(a)(3); and it is further

ORDERED that respondent shall continue to be restrained and enjoined from practicing law during the period of his suspension, and that he shall comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **WILLIAM S. WINTERS** pursuant to *Rule* 1:21–6 shall continue to be restrained from disbursement except on application to this Court, for good cause shown.